UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAY OROZCO,<br><br>　　　　Defendants. | No. 1:12-CR-00338 DAD<br><br><br>ORDER |

　　IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Ray OROZCO without prejudice.

IT IS SO ORDERED.

Dated: **June 23, 2017**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1